# Schrader Companion Duff & Law
ATTORNEYS AT LAW

Schrader Companion Duff & Law, PLLC

www.schraderlaw.com

401 Main Street
Wheeling, WV 26003

Phone: 304-233-3390
Fax: 304-233-2769

March 8, 2023

**VIA HAND DELIVERY & CM/ECF**

The Honorable Thomas S. Kleeh
United States District Court for the Northern District of West Virginia
500 West Pike Street
Clarksburg, WV 26301

Re:   *Novartis Pharmaceuticals Corp. v. Mylan Pharmaceuticals Inc.*, C.A. No. 19-201-TSK

Dear Judge Kleeh,

    Pursuant to the Court's instructions at the conclusion of the February 27–28, 2023 and March 1, 2023 trial of U.S. Patent Nos. 8,877,938 and 9,388,134 in this matter, the parties hereby provide a flash drive containing exhibits with native or Excel file counterparts that were admitted during trial.

Respectfully submitted,

*Sandra K. Law*

Sandra Law (#6071)

cc: All Counsel of Record (by CM/ECF)

Enclosure (by hand delivery only)